UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-550 |
| | § | |
| MACK LOPEZ HINOJOSA | § | |

**ORDER**

Pending before the Court are Defendant Mack Lopez Hinojosa's Motion for Reduction of Sentence (D.E. 46) and Motion for Set-Off of All Costs (Expenses) Pursuant to FED. R. CIV. P. 13 (D.E. 47).

By written Order entered October 30, 2015, the Court denied Defendant's "Motion for the United States to Accept Defendant's Remittance as Payment for Marshal and Prison Costs, or Dishonor and Return Defendant's Remittance" (D.E. 44), wherein Defendant moved the Court to order his release from custody in exchange for his handwritten Note promising to pay the Clerk of Court $50,000,000.00 "upon presentment and indorsement." D.E. 45. The Court reasoned that Defendant cited no authority for the proposition that a convicted felon may simply buy his or her way out of prison and that Defendant failed to show he had the means to honor his $50,000,000.00 Note. *Id.*

Defendant now moves the Court to reconsider its October 30, 2015 Order, reduce his sentence from 180 months to 24 months, and enter "judgment for set-off of all costs (expenses) imposed by judgment in the criminal case." D.E. 46, 47. Defendant has failed to assert any new legal or factual arguments in support of the relief he requests, nor has

he shown that the Court's prior ruling was erroneous. Accordingly, Defendant's motions (D.E. 46, 47) are **DENIED**.

ORDERED this 13th day of November, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE