United States District Court
Southern District of Texas
**ENTERED**
November 30, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-550 |
| | § | |
| MACK LOPEZ HINOJOSA | § | |

# ORDER

Pending before the Court is Defendant Mack Lopez Hinojosa's Motion to Discharge Attachment (D.E. 49), which the Court will construe as a second motion to reconsider the Court's previous orders denying Defendant's "Motion for the United States to Accept Defendant's Remittance as Payment for Marshal and Prison Costs, or Dishonor and Return Defendant's Remittance" (D.E. 44).

For the reasons set forth in the Court's October 30, 2014 Order (D.E. 45), as well as the Court's November 13, 2015 Order denying reconsideration (D.E. 48), Defendant's motion (D.E. 49) is **DENIED**. Defendant is further admonished that no future motions on this issue will be considered.

ORDERED this 30th day of November, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE