United States District Court
Southern District of Texas
**ENTERED**
May 05, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-550 |
| | § | |
| MACK LOPEZ HINOJOSA | § | |

## ORDER

Defendant/Movant Mack Lopez Hinojosa filed a letter motion for a new sentencing hearing, which the Court characterized as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. D.E. 51. Hinojosa was advised by the Court's Order entered March 29, 2016, that his motion would be denied unless he took affirmative steps to amend it within 30 days. D.E. 52. He has not done so.

Movant's letter motion for a new sentencing hearing is therefore denied without prejudice to a subsequent filing of a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

ORDERED this 5th day of May, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE