UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-550 |
| | § | |
| MACK LOPEZ HINOJOSA | § | |

## ORDER

Pending before the Court is a letter motion from Defendant/Movant Mack Lopez Hinojosa seeking an extension of time to file a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (D.E. 54). Movant has since filed a § 2255 motion seeking relief under the Supreme Court's recent decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015) (D.E. 55).

A motion made under § 2255 is subject to a one-year statute of limitations. 28 U.S.C. § 2255(f). *Johnson* was decided June 26, 2015. Movant's § 2255 motion is therefore timely, and his motion for an extension of time (D.E. 54) is **DENIED** as unnecessary.

ORDERED this 17th day of June, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE